UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL DALY
    Plaintiff,

v.

JAY MALLEY, et al.
    Defendants.

NO. 3:06-cv-01536-MPS

January 24, 2014

## VERDICT FORM

I. **42 U.S.C. § 1983**

   A. **Liability**

      **1. Excessive Use of Force**

Has Michael Daly proven by a preponderance of the evidence that either of the following Defendants violated his Fourth Amendment right to be free from the use of excessive force?

| | | |
|---|---|---|
| Jay Malley | Yes: ___ | No: ✓ |
| Kevin Lemaire | Yes: ___ | No: ✓ |

      **2. Failure to Intervene**

Do you find that Michael Daly has proven by a preponderance of the evidence that any of the following Defendants failed to intervene in his being subjected to excessive force in violation of the Fourth Amendment?

| | | |
|---|---|---|
| Jay Malley | Yes: ___ | No: ✓ |
| Kevin Lemaire | Yes: ___ | No: ✓ |
| Kevin Rosa | Yes: ___ | No: ✓ |

*If you answered "No" as to each Defendant in all of the above questions in Section I.A., you should skip Section I.B. and proceed to Section II. If you answered "Yes" as to any of the Defendants in the above questions in Section I.A., please proceed to Section I.B., below.*

**B. Damages**

**1. Compensatory Damages**

If you answered "Yes" as to any question in **Section I.A.**, what amount of compensatory damages do you find will reasonably compensate Michael Daly for the injuries proximately caused by the Defendants' conduct?

Past Pain and Suffering: $ _____

**2. Nominal Damages**

If you answered "Yes" as to any of Michael Daly's claims in **Section I.A.**, but did not award him any compensatory damages, you must award $10 in nominal damages.

Nominal Damages: $ _____

**3. Punitive Damages**

If you answered "Yes" as to any of the questions in **Sections I.A.**, do you choose to award punitive damages to Michael Daly and against any of the following Defendants in order to punish or deter similar conduct? *(For any Defendant for which you answered "No" in both Section I.A.1. and Section 1.A.2., your response immediately below for that Defendant should be left blank.)*

| | | |
|---|---|---|
| Jay Malley | Yes: ___ | No: ___ |
| Kevin Lemaire | Yes: ___ | No: ___ |
| Kevin Rosa | Yes: ___ | No: ___ |

2

If you answered "Yes" as to any Defendant immediately above, what amount of money do you award as punitive damages against that Defendant for a violation of Michael Daly's federal rights?

| | |
|---|---|
| Jay Malley | $_____ |
| Kevin Lemaire | $_____ |
| Kevin Rosa | $_____ |

## II. ASSAULT

### A. Liability

Do you find that Michael Daly has proven by a preponderance of the evidence that either of the following Defendants assaulted Mr. Daly?

| | | | | |
|---|---|---|---|---|
| Jay Malley | Yes: ___ | | No: ✓ |
| Kevin Lemaire | Yes: ___ | | No: ✓ |

*If you answered "No" as to both Defendants in the above question in Section II.A., you should skip the remainder of Section II. and proceed to Section III. If you answered "Yes" as to either Defendant in the above question in Section II.A., please proceed to Section II.B., below.*

### B. Affirmative Defense

If you answered "Yes" as to either Defendant immediately above, do you find that that Defendant has proven by the preponderance of the evidence that the use of force was lawful? *(For any Defendant for which you answered "No" in Section II.A., your response immediately below for that Defendant should be left blank.)*

| | | | |
|---|---|---|---|
| Jay Malley | Yes: ___ | No: ___ |
| Kevin Lemaire | Yes: ___ | No: ___ |

3

*If you answered "Yes" as to both Defendants in the above question in Section II.B., you should skip Section II.C. and proceed to Section III. If you answered "No" as to either Defendant in the above question in Section II.B., please proceed to Section II.C., below.*

    **C.    Damages**

        **1. Compensatory Damages**

If you answered "Yes" as to either Defendant in **Section II.A.**, and "No" as to that Defendant in **Section II.B.**, what amount of compensatory damages do you find will reasonably compensate Michael Daly for the injuries proximately caused by the Defendants' conduct?

    Past Pain and Suffering:  $ _____

        **2. Punitive Damages**

For each Defendant for which you answered both "Yes" in **Section II.A.** and "No" in **Section II.B.**, do you choose to award punitive damages to Michael Daly and against that Defendant in order to punish or deter similar conduct? *(For any Defendant for which you answered both "Yes" in Section II.A. and "Yes" in Section II.B., your response immediately below for that Defendant should be left blank.)*

| | | |
|---|---|---|
| Jay Malley | Yes: \_\_\_ | No: \_\_\_ |
| Kevin Lemaire | Yes: \_\_\_ | No: \_\_\_ |

*(NOTE: If you find that punitive damages should be awarded to Michael Daly for assault, do not determine an amount. Such calculation of an amount will be done later by the court.)*

4

## III. BATTERY

### A. Liability

Do you find that Michael Daly has proven by a preponderance of the evidence that either of the following Defendants committed a battery against Mr. Daly?

| | | |
|---|---|---|
| Jay Malley | Yes: ___ | No: ✓ |
| Kevin Lemaire | Yes: ___ | No: ✓ |

*If you answered "No" as to both Defendants in the above question in Section III.A., you should skip the remainder of Section III. and proceed to Section IV. If you answered "Yes" as to either Defendant in the above question in Section III.A., please proceed to Section III.B., below.*

### B. Affirmative Defense

If you answered "Yes" as to either Defendant immediately above, do you find that that Defendant has proven by the preponderance of the evidence that the use of force was lawful? *(For any Defendant for which you answered "No" in Section II.A., your response immediately below for that Defendant should be left blank.)*

| | | |
|---|---|---|
| Jay Malley | Yes: ___ | No: ___ |
| Kevin Lemaire | Yes: ___ | No: ___ |

*If you answered "Yes" as to both Defendants in the above question in Section III.B., you should skip Section III.C. and proceed to Section IV. If you answered "No" as to either Defendant in the above question in Section III.B., please proceed to Section III.C., below.*

### C. Damages

#### 1. Compensatory Damages

If you answered "Yes" as to either Defendant in **Section III.A.**, and "No" as to that Defendant in **Section III.B.**, what amount of compensatory damages do you find

5

will reasonably compensate Michael Daly for the injuries proximately caused by the Defendants' conduct?

    Past Pain and Suffering:   $ _____

### 2. Punitive Damages

For each Defendant for which you answered both "Yes" in **Section III.A.** and "No" in **Section III.B.**, do you choose to award punitive damages to Michael Daly and against that Defendant in order to punish or deter similar conduct? *(For any Defendant for which you answered both "Yes" in Section III.A. and "Yes" in Section III.B., your response immediately below for that Defendant should be left blank.)*

| | | |
|---|---|---|
| Jay Malley | Yes: ___ | No: ___ |
| Kevin Lemaire | Yes: ___ | No: ___ |

*(NOTE: If you find that punitive damages should be awarded to Michael Daly for battery, do not determine an amount. Such calculation of an amount will be done later by the court.)*

### IV. SIGNATURE

The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to the court.

_____  1/24/14
**Foreperson**                              **Dated:**